ACCEPTED
225EFJ017259893
FIFTH COURT OF APPEALS
DALLAS, TEXAS
13 January 8 P2:34
Lisa Matz
CLERK

In the
Court of Appeals for the
Fifth District of Texas at Dallas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

1/8/2013 2:34:46 PM

LISA MATZ
Clerk

| | | |
|---|---|---|
| **ROOSEVELT HOLLINS, JR.,** | § | |
| APPELLANT | § | No. 05-12-00835-CR |
| | § | |
| **V.** | § | |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| APPELLEE | § | |

### STATE'S FIRST MOTION FOR
### EXTENSION OF TIME TO FILE STATE'S BRIEF

COMES NOW, the State of Texas, by and through the Criminal District Attorney of Collin County, Greg Willis, and tenders, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), this motion for an extension of time to file the State's brief. In support of this motion, the State would show the following:

#### I.

The Court below is the 219th Judicial District Court of Collin County, Texas. The case is styled *The State of Texas v. Roosevelt Hollins, Jr.,* cause number 219-83183-2011.

#### II.

Appellant was convicted of failure to comply with the registration requirements for a sex offender by failing to timely report his change of address and sentenced to five years in prison.

## III.

The State's brief was due November 23, 2012. The State has not previously requested an extension of time. To the best of the undersigned's knowledge, the case has not been set for submission.

## IV.

The State is requesting this extension so that it might adequately respond to Appellant's brief, and it includes its brief with this motion. The extension is not requested for the purpose of an improper delay.

## V.

The State alleges good cause exists for the extension. During the pendency of the brief in this case the undersigned has been preparing the State's findings of fact and conclusions of law in the case *Ex parte Ernest Lucky Perez*. Also, the undersigned moved in the month of December and was also out of the office to celebrate the holidays. Finally, in recent days the undersigned has been ill with the flu.

VI.

WHEREFORE, premises considered, the State respectfully requests that the Court grant the State's motion to extend the time to file its brief for **46 days,** until **January 8, 2013.**

Respectfully submitted,

**GREG WILLIS**
Criminal District Attorney
Collin County, Texas

**JOHN R. ROLATER, JR.**
Assistant Criminal District Attorney
Chief of the Appellate Division

/s/ Katharine K. Decker
**KATHARINE K. DECKER**
Assistant Criminal District Attorney
2100 Bloomdale Road, Suite 200
McKinney, Texas 75071
State Bar No. 05630480
(972) 548-4323
FAX (214) 491-4860

## CERTIFICATE OF SERVICE

A true copy of the State's First Motion for Extension of Time to File State's Brief has been mailed to counsel for Appellant, Shawn S. Ismail, 1400 Gables Court, Plano, Texas 75075-2013, on this, the 8th day of January, 2013.

/s/ Katharine K. Decker
**Katharine K. Decker**